# EXHIBIT A

# HAWKINS PARNELL
## THACKSTON & YOUNG LLP

303 Peachtree Street NE
Suite 4000
Atlanta, GA 30308-3243
P: 404.614.7400
F: 404.614.7500
hptylaw.com

ATTORNEYS AT LAW     Atlanta    Austin    Charleston    Dallas    Los Angeles    Napa    New York    St. Louis    San Francisco

404-614-7664
chilton@hptylaw.com

August 24, 2015

Via Electronic Mail (kwamethompson@outlook.com) and Regular U.S. Mail

Kwame T. Thompson, Esq.
Kwame T. Thompson, P.C.
44 Broad Street, Suite 600
Atlanta, Georgia 30303

> Re: Sole v. Tyler Perry Studios et. al.; Good Faith Effort to Confer Pursuant to Fed.R.Civ.P. 37(a) (1) Regarding Failure to Fully Comply with Discovery.

Dear Kwame:

Please consider this a good faith effort to confer pursuant to Fed. R. Civ. P. 37(a)(1), concerning your client's insufficient and incomplete responses to Defendant Tyler Perry Studios, LLC's ("Defendant" or "TPS") First Interrogatories and First Request for Production of Documents. As further discussed herein, several of your client's responses to TPS' Requests to Admit do not comply with the requirements of Fed. R. Civ. P. 36, and are deemed admitted.

## Insufficient or Incomplete Interrogatory Responses

### Interrogatory 2

*Please state every name or alias ever used by you, including in your response the dates you used each name or alias, your Social Security Number, and the address of each location where you have resided for the past ten (10) years, including the dates you lived at each address.*

Insufficiency of Response

Plaintiff's response is insufficient as it fails to provide complete and full addresses for the locations that Plaintiff purportedly lived for the past 10 years as requested. The response lists partial street names and cities but fails to provide sufficient information concerning the actual address of residence. This information would reasonably be in the possession of the Plaintiff,

known to Plaintiff, or available to the Plaintiff. The response also fails to provide dates that Plaintiff lived at each purported location identified. Please immediately supplement your response and provide complete and full responses in accordance with the requirements of Fed. R. Civ. P. 33(b).

### Interrogatory 4

*Please list your work history (including, without limitation, any employment, self-employment, or engagement you had as an independent contractor) over the last ten (10) years including in your response the applicable dates of employment/work, the name and last known address and phone number of your employer, the name of your supervisor, and your reason for leaving. For any self-employment, please identify the applicable dates and the business in which you were engaged.*

#### Insufficiency of Response

Plaintiff's response is insufficient as it fails to provide dates of employment at prior employers, addresses, phone numbers, supervisor name, business engaged in, or reason for leaving said employment as requested. This information would reasonably be in the possession of the Plaintiff, known to Plaintiff, or available to the Plaintiff. Please immediately supplement your response and provide complete and full responses in accordance with the requirements of Fed.R.Civ.P. 33(b).

### Interrogatory 8

*Identify and describe any conversation(s) regarding this action or the allegations in your Complaint you have had with any of the Defendants, Defendant's current or past employee(s) or co-worker(s) or any witness(es) to this action. Your answer should include, at a minimum, the date of each conversation, the participants in each conversation, and your understanding of what was said by each participant in each conversation.*

#### Insufficiency of Response

Plaintiff's response is insufficient as it fails to provide the requested information concerning conversations with Defendant's employees, the date of such conversations, or the content of such conversations as requested. This information would reasonably be in the possession of the Plaintiff, known to Plaintiff, or available to the Plaintiff. Please immediately supplement your response and provide complete and full responses in accordance with the requirements of Fed. R. Civ. P. 33(b).

### Interrogatory 11

*Identify any and all charges that you have ever filed with any law enforcement agency against any individual or entity and for each such report, identify the date, the city and county in which you filed the report, the nature of the report, and the person or entity against whom you filed the report.*

Insufficiency of Response

Plaintiff's response is insufficient as refers to Plaintiff's response to Interrogatory 10 which did not request the information requested in Interrogatory 11. Plaintiff's request is evasive and non-responsive. This information would reasonably be in the possession of the Plaintiff, known to Plaintiff, or available to the Plaintiff. Please immediately supplement your response and provide complete and full responses in accordance with the requirements of Fed.R.Civ.P. 33(b).

### Interrogatory 13

*Please identify all of your e-mail addresses, accounts, handles, nicknames, and/or internet identifiers as used to communicate with or in chat rooms, discussion forums, social media sites (including but not limited to MySpace, Facebook, Instagram, Twitter and/or Linked-In) or any other electronic communication.*

Insufficiency of Response

Plaintiff's response is wholly insufficient and unresponsive as it fails to provide any of the information requested. Plaintiff states that "he will supplement this response in accordance with Fed. R. Civ. P. as discovery continues." Plaintiff has completely failed to supplement this response as promised. This information would reasonably be in the possession of the Plaintiff, known to Plaintiff, or available to the Plaintiff. Please immediately supplement your response and provide complete and full responses in accordance with the requirements of Fed. R .Civ. P. 33(b).

### Interrogatory 15

*Identify and describe any treatment you have undergone or received for any physical or mental illness, condition or emotional disturbance prior to August 11, 2014, including in your answer, at a minimum, the dates, nature and extent of any such treatment, the names and addresses of each health care provider treating you, all diagnoses made concerning any such condition, including the date on which each diagnosis was made, any prognoses made concerning any such condition, and the cost of any such treatment.*

Insufficiency of Response

Plaintiff's response is unresponsive and evasive at it refers to the response to Interrogatory 14 which does not seek the same information sought in Interrogatory 15. This information would reasonably be in the possession of the Plaintiff, known to Plaintiff, or available to the Plaintiff. Please immediately supplement your response and provide complete and full responses in accordance with the requirements of Fed. R. Civ. P. 33(b).

### Interrogatory 17

*Describe in detail the damages claimed by the Plaintiff, including in your answer how such damages were calculated and the documents relied upon to make such calculations.*

Insufficiency of Response

Plaintiff's response is insufficient as it fails to provide the methodology as to how Plaintiff's purported damages were calculated and the documents relied upon to make such damage calculations, as requested. This information would reasonably be in the possession of the Plaintiff, known to Plaintiff, or available to the Plaintiff. Please immediately supplement your response and provide complete and full responses in accordance with the requirements of Fed. R. Civ. P. 33(b).

### Interrogatory 19

*For every response to Defendant's Requests for Admission (served contemporaneously herewith) that is not an unqualified admission, provide the following information:*
  *a.   Describe with particularity all facts that support your denial (or partial denial);*
  *b.   Identify documents that support your denial (or partial denial); and*
  *c.   Identify all witnesses that have information supporting your denial (or partial denial).*

Insufficiency of Response

Plaintiff's response is wholly insufficient and unresponsive as it fails to provide any of the information requested. Plaintiff states that "he will supplement this response in accordance with Fed.R.Civ.P as discovery continues." Plaintiff has completely failed to supplement this response as promised. This information would reasonably be in the possession of the Plaintiff, known to Plaintiff, or available to the Plaintiff. Please immediately supplement your response and provide

complete and full responses in accordance with the requirements of Fed. R. Civ. P. 33(b).

### Insufficient or Incomplete Responses to Defendant's Request for Production

Defendant objects to each of Plaintiff's response to Defendant's First Request for Production of documents in that Plaintiff qualified each response in such a manner that he does not warrant that his response is complete. Specifically, Plaintiff responses state "All relevant documents in plaintiff's possession are attached hereto." Plaintiff's response is improper as he purports to determine what documents are relevant and what documents are not. In the event that Plaintiff seeks to withhold documents on the grounds of privileged or for an otherwise valid reason, Plaintiff should include a Privileged Log of such documents withheld so that Defendant can fully assess the validity of such an objection. Plaintiff has not provided any Privilege Log or list of documents withheld.

Defendant requests that Plaintiff provide supplemental responses to each of response to Defendant's Requests for Production confirming that all responsive documents are being produced or withheld via some claim of privilege or other valid ground. It is requested that Plaintiff submit a Privilege Log for each document withheld from production.

With respect to Plaintiff's responses to Defendant's Requests for Production, they are also deficient in the following respects:

### Request for Production No. 1

*Produce any and all documents identified in, relied upon, or utilized by you in making your Responses to Defendant's First Interrogatories to Plaintiff or First Requests For Admissions to Plaintiff.*

Insufficiency of Response

Plaintiff has failed to specify and produce documents he relied upon in responding to Defendant's First Requests to Admit. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed.R.Civ.P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Request for Production No. 3

*Produce all notes, documents, or recordings (electronic or otherwise) relating to meetings or conversations you had with Brett Hendrix or any of the Defendants, or their representatives, agents, or employees, and/or anyone else concerning the instant Complaint.*

Insufficiency of Response

Aside from some partial transcripts of text messages purportedly between Plaintiff and Mr. Hendrix, Plaintiff has failed to produce documents responsive to this request. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. **Defendant requests that Plaintiff provide all records and transcripts of all text or electronic conversations between Plaintiff and Mr. Hendrix.** Defendant also requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Request for Production No. 4

*Produce any and all writings, reports, interviews, e-mails (whether written or electronic), memos, notes, personal notes, documents or summaries concerning the following persons, issues, or events:*

*(a)  harassing or otherwise unwanted conduct that you received from any person or entity at any point during your employment with And Action LLC and/or Tyler Perry Studios, LLC.*

*(b)  all allegations, reports, assertions, or complaints of misconduct against any of the Defendants.*

*Please produce all pleadings (e.g. Complaint, Answer, Motions and Memoranda), depositions and court orders filed in each and every civil action or lawsuit to which Plaintiff has been a party (other than the present action).*

Insufficiency of Response

Plaintiff has failed to produce the requested documents. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or

supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed.R.Civ.P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed.R.Civ.P. 34.

### Request for Production No. 5

*Produce all documents, recordings or materials that refer to, memorialize or evidence the conduct of which you contend you were a victim.*

Insufficiency of Response

Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Request for Production No. 6

*Produce all diaries, calendars, notebooks, memoranda, appointment books, day-timers, time records, journals, notes, e-mails and any other like documents which you have made or maintained pertaining to the conduct alleged in your Complaint.*

Insufficiency of Response

Plaintiff has failed to produce documents any documents responsive to this request. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Request for Production No. 7

*Produce all correspondence, memoranda, notes, or other written or electronic documents showing any communication between you and Brett Hendrix or any other employees or representatives of And Action LLC and/or Tyler Perry Studios, LLC which specifically reference any of the conduct that you allege in your Complaint.*

Insufficiency of Response

Aside from some partial transcripts of text messages purportedly between Plaintiff and Mr. Hendrix, Plaintiff has failed to produce documents responsive to this request. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. **Defendant requests that Plaintiff provide all records and transcripts of all text or electronic conversations between Plaintiff and Mr. Hendrix.** Defendant also requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Request for Production No. 8

Please produce all pleadings (e.g. Complaint, Answer, Motions and Memoranda), depositions and court orders filed in each and every civil action or lawsuit to which Plaintiff has been a party (other than the present action).

### Request for Production No. 9

*Please produce any and all correspondence, letters, or any other documents, which refer to or reflect Plaintiffs search for employment during and after his employment with And Action LLC and/or Tyler Perry Studios, LLC, including but not limited to correspondence or letters received from or provided to any employer or prospective employer.*

Insufficiency of Response

Plaintiff has failed to produce any documents responsive to this request. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed.R.Civ.P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed.R.Civ.P. 34.

### Request for Production No. 10

*Please produce any and all of your phone records for any land line, voice- over IP account (or similar internet-based phone service), or cellular phone in your possession*

*or control from July 1, 2014 to January 1, 2014.*

Insufficiency of Response

Aside from some partial transcripts of text messages purportedly between Plaintiff and Mr. Hendrix, Plaintiff has failed to produce documents responsive to this request. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. **Defendant requests that Plaintiff provide all records and transcripts of all text or electronic conversations between Plaintiff and Mr. Hendrix.** Defendant also requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

## Request for Production No. 11

*Produce all documents that refer or relate to or otherwise evidence your income from 2005 to the present, regardless of the source of the income. This shall include, but is not limited to, all local, state and federal income tax returns and supporting documents for the years 2005 through the present.*

Insufficiency of Response

Plaintiff has failed to produce any documents responsive to this request. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

## Request for Production No. 12

*Produce any documents or compilations which evidence any damages that you are seeking in this action including, but not limited to, any medical bills and/or lost wages which you claim to have incurred because of the events you allege in your Complaint.*

Insufficiency of Response

Plaintiff has failed to produce any documents responsive to this request. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Request for Production No. 13

*Produce any applications for employment that you have submitted to any potential employer from January 2005, up through and including the present.*

Insufficiency of Response

Plaintiff has failed to produce any documents responsive to this Request. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Request for Production No. 14

*Produce any e-mails, on-line journals, blogs, posts on social media sites (including but not limited to posts on MySpace, Facebook, Instagram, Twitter, and/or Linked-In) or any other electronic narrative describing, referring to, or otherwise relating to any of the allegations set forth in your complaint or your employment with And Action, LLC and/or Tyler Perry Studios, LLC.*

Insufficiency of Response

Aside from a single apparent electronic mail communication, Plaintiff has failed to produce the documents or material requested. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully

Kwame T. Thompson, Esq.
August 24, 2015
Page 11

and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

## Request for Production No. 15

*Produce copies of any e-mails or other written or electronic correspondence that you or your representatives have sent to any individual, including but not limited to the current or former employees of any of the Defendants, regarding this case or any of the allegations that you make in your Complaint.*

Insufficiency of Response

Aside from a single apparent electronic mail communication, Plaintiff has failed to produce the documents or material requested. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

## Request for Production No. 17

*Produce all correspondence or communications between Plaintiff and Brett Hendrix.*

Insufficiency of Response

Aside from some partial transcripts of text messages purportedly between Plaintiff and Mr. Hendrix and a single apparent email communication, Plaintiff has failed to produce documents responsive to this request. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. **Defendant requests that Plaintiff provide all records and transcripts of all text or electronic correspondence or communications between Plaintiff and Mr. Hendrix.** Defendant also requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

Kwame T. Thompson, Esq.
August 24, 2015
Page 12

### Request for Production No. 18

*Produce all documents showing the amount of attorneys' fees and costs you incurred as a result of the allegations in the Complaint, including, but not limited to, copies of any contracts, fee agreements or fee and expense arrangements with your attorney(s).*

Insufficiency of Response

Plaintiff has failed to produce any of the requested documents. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Request for Production No. 19

*Produce all documents containing any statement, observation, summary or report of any kind by or concerning any person having direct or indirect knowledge of any matter alleged in your Complaint.*

Insufficiency of Response

Plaintiff has failed to produce any of the requested documents. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Request for Production No. 20

*Produce all documents in your possession related to or referring to any Charge of Discrimination filed by you or your agent with the United States Equal Employment Opportunity Commission ("EEOC") against any of the Defendants.*

Insufficiency of Response

Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Request for Production No. 21

*Produce all documents related to or referring to any police report filed by you or against you related to any Defendant(s) or agent(s) or employee(s) of Defendant(s) in this action.*

Insufficiency of Response

Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Request for Production No. 23

*Produce all medical records including, but not limited statements for services, receipts, medical prescriptions, doctor's notes, reimbursements or other documents received, submitted, paid, prepared or otherwise provided by you or on your behalf, regarding any treatment you have received from a hospital, clinic, emergency room, mental health facility, healthcare practitioner, doctor, etc., as a result of the allegations in your Complaint.*

Insufficiency of Response

Plaintiff has failed to produce any of the requested documents and failed to execute the release form provided by Defendant necessary for Defendant to obtain the documents directly from Plaintiff's treating physicians. Plaintiff has also failed to identify his treatment providers. Plaintiff states that he is "not in receipt of any medical records." Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34,

identify his treatment providers as requested in Defendant's First Interrogatories, and execute the authorization form necessary for Defendant to directly obtain the requested documents from Plaintiff's medical providers.

### Request for Production No. 24

*Produce all medical, psychiatrist, psychological or other records related to any treatment provided to Plaintiff for emotional, psychiatric or psychological injury, illness or concerns prior to August 11, 2014.*

Insufficiency of Response

Plaintiff has failed to produce any of the requested documents. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Request for Production No. 28

*To the extent not already produced, produce a copy of every e-mail, Facebook message, internet post, private message, or any similar type of communication that describes, refers, or relates to the allegations contained in the Complaint.*

Insufficiency of Response

Plaintiff has failed to produce all of the documents requested or warrant that they do not exist. Further, Plaintiff states that "he is in the process of locating any and all responsive documents, and will supplement this response in accordance with the Georgia Civil Practice Act as discovery continues." The Georgia Civil Practice Act does not apply here, and Plaintiff has an obligation to produce documents immediately. Plaintiff has not provided any supplemental production of documents or supplemental responses and has not fully and completely responded to this Request for Production in accordance with Fed. R. Civ. P. 34. Defendant requests that Plaintiff immediately provide full and complete responses in accordance with Fed. R. Civ. P. 34.

### Insufficient Responses to Defendant's First Requests to Admit

Plaintiff responded to Defendant's Requests to Admit Nos 18, 24, 25, 26 with the statement "Plaintiff is without sufficient information to admit or deny."

### Request to Admit 18

*A condition of Plaintiff's probation during the period between July 1, 2014 and October 30, 2014 was to not use illegal drugs, including marijuana.*

**Plaintiff's Response**

*Plaintiff is without sufficient information to admit or deny.*

### Request to Admit 24

*Plaintiff has been to Brett Hendrix's personal residence on at least five (5) occasions.*

**Plaintiff's Response**

*Plaintiff is without sufficient information to admit or deny.*

### Request to Admit 25

*Plaintiff has been to Brett Hendrix's personal residence on at least ten (10) occasions.*

**Plaintiff's Response**

*Plaintiff is without sufficient information to admit or deny.*

### Request to Admit 26

*Plaintiff has been to Brett Hendrix's personal residence on at least twenty (20) occasions.*

**Plaintiff's Response**

*Plaintiff is without sufficient information to admit or deny.*

Plaintiff's responses to Defendant's Requests to Admit Nos 18, 24, 25, 26 are insufficient. As noted in the Federal Civil Rules Handbook, Author's commentary on Rule 36, "A general statement that the responding party has insufficient information to respond will be treated as an insufficient answer, and upon motion, the court will treat the answer as an admission or will order further answer." See Federal Rules Handbook (2015) at page 932.

Defendant will move the Court to deem the above responses admitted unless Plaintiff provides a clear admission or denial to the request as required by the Federal Rules of Civil Procedure.

---

      Please consider this as Defendant TPS' good faith effort to resolve this matter. We look forward to full and complete discovery responses within 7 days of the date of receipt of this communication.

      Thank you in advance for your cooperation.

      Sincerely,

      **HAWKINS PARNELL THACKSTON & YOUNG** LLP

      H. Eric Hilton

HEH/rm

cc:   Matthew A. Boyd, Esq.