# EXHIBIT C

# Hilton, H. Eric

| | |
|---|---|
| **From:** | Hilton, H. Eric |
| **Sent:** | Wednesday, January 06, 2016 2:19 PM |
| **To:** | kwamethompson@outlook.com |
| **Cc:** | Boyd, Matthew A. |
| **Subject:** | Sole v. TPS, Good Faith Effort to Confer regarding Discovery Dispute |
| **Attachments:** | 2015.12.15 Letter to Kwame Thompson RE Al Be Reyes (Exhibits).pdf |
| **Importance:** | High |

Kwame –

We again forward a copy of our letter dated December 15, 2015, regarding plaintiff's witness Al Be Reyes and other discovery related matters, which you have failed to respond to as of this writing. You also have not produced plaintiff's computer for inspection as promised, Mr. Sole's purported "Response" to Mr. Tyler's internet post, or plaintiff's tax returns. Please consider this our final effort to confer in good faith to resolve the apparent discovery dispute and the issues discussed in our December 15, 2015 letter. Please give me a call as soon as possible to discuss.

Thanks.

H. Eric Hilton
*Attorney at Law*
**Hawkins Parnell Thackston & Young LLP**
303 Peachtree Street, NE, Suite 4000
Atlanta, GA 30308
**Direct** 404-614-7664 **Cell** 404-277-7706
**Office** 404-614-7400 **Fax** 404-614-7500
ehilton@hptylaw.com
View Bio | LinkedIn Profile

Atlanta | Austin | Charleston | Dallas | Los Angeles | Napa | New York | St. Louis | San Francisco

hptylaw.com | LinkedIn | Twitter | Facebook | Google+

NOTICE: This e-mail message and all attachments are sent by or on behalf of H. Eric Hilton. The message and attachments are intended only for the addressee and are covered by the Electronic Communications Act, 18 U.S.C. §§ 2510-2521 as this communication may contain legally privileged and confidential information. Should the reader of this message not be the intended addressee, employee, or agent responsible for delivering this message to the intended addressee, you are hereby notified that any dissemination, distribution, copying, or other use of this message and/or its attachments is strictly prohibited. If this message was received in error, please notify the sender immediately by replying to this message and then please delete the message and any attachments completely from your computer without reading, copying or forwarding to others.