IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA SOLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| TYLER PERRY, | ) **1:15-CV-1700-LMM** |
| TYLER PERRY STUDIOS, LLC, and | ) |
| BRETT HENDRIX, and | ) |
| AND ACTION, LLC. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL**

Please note the following change of address effective April 1, 2016 for KWAME T. THOMPSON, P.C., KWAME T. THOMPSON, Attorney at Law, and Law Office of Kwame T. Thompson:

        KWAME T. THOMPSON, P.C.

        Kwame T. Thompson, Attorney at Law

        Law Office of Kwame T. Thompson:

        235 Peachtree Street, NE.

        Suite 400

        Atlanta, GA 30303 – 1400