IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA SOLE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:15-CV-1700-LMM-LTW |
| TYLER PERRY, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [88]. No objections have been filed in response to the R&R. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the R&R for clear error and finds none. Accordingly, the Court **ADOPTS** the R&R as the opinion of the Court. Defendant Tyler Perry is **DISMISSED, without prejudice** for failure to serve. See Fed. R. Civ. P. 4(m). Defendants' And Action LLC, Tyler Perry Studios, LLP, and Hendrix's Motions for Summary Judgment [61, 62, 63] are **GRANTED, in part** and **DENIED, in part**. Plaintiff's federal claims are **DISMISSED, with prejudice** and Plaintiff's state law claims are **DISMISSED, without prejudice**. The Court declines supplemental jurisdiction in this case.

Defendants' Renewed Motion for Sanctions [66] is also **GRANTED, in part** and **DENIED, in part**. Defendant is **ORDERED** to submit an itemized accounting of **all** reasonable costs and fees (as defined in the R&R) within thirty (30) days of this Order. Plaintiff may object (15) days thereafter. The Clerk is **DIRECTED** to refer the outstanding attorney's fee award to Magistrate Judge Walker.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 23rd day of February, 2017.

**Leigh Martin May**
**United States District Judge**