IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSHUA SOLE,

    Plaintiff,

v.

TYLER PERRY, TYLER PERRY
STUDIOS, LLC, BRETT HENDRIX,
and AND ACTION LLC,

    Defendants.

CIVIL ACTION NO.
1:15-CV-1700-LMM-LTW

## MAGISTRATE JUDGE'S ORDER

On March 8, 2019, the Court entered an Order awarding $7,920.00 in attorney's fees and $4,794.54 in costs to Defendants Tyler Perry Studios, LLC, Brett Hendrix, and And Action, LLC ("Defendants") as sanctions for discovery violations. (Doc. 95). In an effort to consider the Plaintiff and Plaintiff's counsel's ability to pay the attorney's fees and costs awarded, the Court stayed the Order and allowed Plaintiff and his counsel a reasonable amount of time to file sworn and detailed affidavits regarding their financial status along with supporting documentation. (Doc. 95, at 2). Plaintiff and his counsel were also afforded an opportunity to seek a reduction in the amount of sanctions awarded. Neither Plaintiff nor Plaintiff's counsel responded to the Court's March 8, 2019 Order. Thereafter, the Court lifted the stay on April 19, 2019. (Doc. 96).

The Court has been informed by Defendants' counsel that there is nothing else

pending before the Court in this matter. Accordingly, the Clerk is directed to terminate the reference to the undersigned and this case shall be considered and remain closed as ordered the District Court Judge on February 23, 2017. (Doc. 92).

**SO ORDERED**, this __18__ day of November, 2019.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE